IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WANDA JEAN CARNLEY,

    Plaintiff,

vs.                                        CASE NO. 5:08cv218/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Remand (Doc. 16) is granted, and the decision of the Commissioner of Social Security denying benefits is reversed.

3. Judgment is entered for Plaintiff.

4. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g) for referral to the Appeals Council for further remand to an administrative law judge, who shall consider the opinions of Dr. Stringer, further analyze Ms. Carnley's credibility, and consider Ms. Carnley's post-surgery limitations.

5.      The clerk is directed to close the file.

**ORDERED** on April 22, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**