**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

WANDA JEAN CARNLEY,

          Plaintiff,

vs.                                  CASE NO. 5:08cv218/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

          Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objections have been filed.

**IT IS ORDERED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2.     Plaintiff's Petition For Attorney's Fees (Doc. 24) is **granted**. Plaintiff's counsel, Brian R. Carmichael, shall recover a reasonable fee in the amount of $1,625.00 pursuant to 28 U.S.C. §2412 (EAJA) for representing Plaintiff in the United States District Court for the Northern District of Florida. The Commissioner is directed to pay that amount to Brian R. Carmichael.

**ORDERED** on September 17, 2009.

                         /S/ Richard Smoak_____
                         **RICHARD SMOAK**
                         **UNITED STATES DISTRICT JUDGE**